IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

PAMLAB, L.L.C., and METABOLITE           )        CIVIL ACTION NO. 2:09-cv-07434
LABORATORIES, INC.,                      )
                                         )
          Plaintiffs,                    )
                                         )        SECTION S
v.                                       )
                                         )
BROOKSTONE                               )
PHARMACEUTICALS, L.L.C. a/k/a            )        MAGISTRATE DIVISION 3
ACELLA PHARMACEUTICALS, L.L.C.           )
                                         )
          Defendant.                     )

## DECLARATION OF JARED REEVES, D.P.M.

I, JARED REEVES, D.P.M., declare and say as follows:

1. I am a resident of Louisiana. I am over the age of eighteen and competent to make this Declaration. I have personal knowledge of the facts stated herein.

2. I am a practicing podiatrist in West Monroe, Louisiana. I regularly see and treat patients who suffer from diabetes and its complications. One of the therapies I prescribe to my patients is METANX®. My patients have benefitted from using METANX®. I am not aware that any of my patients have suffered adverse side effects from using METANX®.

3. Recently, one of the patients for whom I had prescribed METANX® informed me that she had received a "generic" version of METANX from her pharmacy. This patient complained that within a few days after she started using the "generic" product, she began to experience stinging pain and swelling in her legs and feet.

4. Because of the discomfort my patient experienced after she began using "generic" METANX, my patient resumed therapy with Pamlab's METANX. After my patient returned to



EXHIBIT
3

PAMLAB0000178

using brand METANX®, my patient reported that her symptoms were diminished and that the pain and swelling in her legs and feet were once again under control.

Pursuant to 28 U.S.C. § 1746, I, Jared Reeves, D.P.M., certify under penalty of perjury that the foregoing is true and correct. Executed on this the 19th day of January, 2010.

JARED REEVES, D.P.M.

PAMLAB0000179