# ORIGINAL TRANSCRIPT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

PAMLAB, L.L.C.,                CIVIL ACTION
and METABOLITE                 NO. 09-CV-7434
LABORATORIES, INC.,
   Plaintiffs,
                               SECTION S
V                              MAGISTRATE DIV. 3

BROOKSTONE PHARMACEUTICALS,
L.L.C. a/k/a ACELLA
PHARMACEUTICALS, L.L.C.,
   Defendant.


        Videotaped deposition of JACK RUBINLICHT, D.P.M., taken at the law offices of ECKERT SEAMANS CHERIN & MELLOTT, LLC, Two Liberty Place, 22nd Floor, 50 South 16th Street, Philadelphia, Pennsylvania, on Friday, February 12, 2010, commencing at 2:26 p.m., before Dianna R. Pugliese, Registered Merit Reporter, Certified Realtime Reporter, Certified Shorthand Reporter (NJ & DE), and Notary Public, pursuant to notice.

EXHIBIT 4

**James DeCrescenzo Reporting, LLC**
INNOVATING LITIGATION
1880 JFK Blvd., 6th Floor • Philadelphia, PA 19103
www.jdreporting.com

215.564.3905 PHONE          215.751.0581 FAX

1  detail individual that comes to our
2  office that talks to us in reference
3  to Metanx. I'm not sure who she's
4  employed by. But if that's who it
5  is, then, okay.
6      Q.   Okay. You don't know who
7  she's employed by?
8      A.   No, I really have no idea,
9  sir.
10     Q.   Okay. That's -- that's
11 fine. That's fair.
12         Let's talk a little bit
13 about your Declaration, and then
14 we'll look through -- we'll look
15 through it. A patient, as I read it,
16 a patient complained about some
17 medication they had received; is that
18 correct?
19     A.   Yes, that's exactly
20 correct.
21     Q.   Okay. And do you know the
22 name of that patient?
23     A.   No. If I -- and I
24 apologize. At that time it was, of

DEPOSITION OF JACK RUBINLICHT, D.P.M., 02/12/10

1   course, not something I noted.  I
2   didn't put it into my chart or give
3   it -- give that information to my
4   nurse.  I don't have her name,
5   although I would have certainly
6   brought that information if I did.
7         Q.    Okay.  And that's why -- is
8   that why, then, that you didn't bring
9   any patient records, because you
10  don't remember the patient's name?
11        A.    That's exactly correct,
12  sir.
13        Q.    Okay.  Is there a
14  particular reason why you don't
15  remember the patient's name?  It was
16  just -- was this just one patient in
17  the course of a busy day?
18              MR. BOURBOIS:  Objection,
19  form.
20              THE WITNESS:  You know, the
21  difficulty is that at that point in
22  time, it didn't really mean that very
23  much to me.  I may have been busy.  I
24  recall the discussion with the

```
 1    through our computer, of course we
 2    sign off on it, it says Dispense as
 3    written.  And I'll always write DAW1,
 4    dispense as written, and I'll sign
 5    that.
 6         Q.    Okay.  The -- so you
 7    always, are you saying that you
 8    always prescribe Metanx to be
 9    dispensed as written?
10         A.    Yes, always.
11         Q.    Okay.  Why, then, would a
12    pharmacist substitute the generic if
13    you had written Dispense as written?
14         A.    Yes, that was one of the --
15    that actually was what upset me more
16    than anything else.  And I'm not
17    trying to be an elitist but how dare
18    a pharmacist or anyone not fill the
19    prescription that we're writing?
20    It's an order.  It's to be done
21    exactly as we've written.
22         Q.    Okay.  Could the patient
23    have told the pharmacist that it was
24    fine to dispense a generic since it's
```

1  available?
2  　　　A.　　Oh, I'm sure that's exactly
3  what happened.
4  　　　Q.　　Okay.  So in your -- as you
5  see it or as you perceive it, a
6  pharmacist told your patient that
7  there was a generic available and the
8  patient said, Well, that's fine, give
9  that to me, or words to that effect?
10 　　　A.　　I would say that's a --
11 that's correct.
12 　　　Q.　　Okay.  Do you think that
13 was because of cost savings?
14 　　　　　　MR. BOURBOIS:  Objection,
15 form.
16 　　　　　　THE WITNESS:  Well, I can
17 tell you that the patient had relayed
18 to me that it was a matter of the --
19 of the finances.
20 BY MR. GREENE:
21 　　　Q.　　Okay.  So when you rewrote
22 the prescription knowing that it had
23 been substituted before, how did you
24 rewrite it so that it wouldn't be



DEPOSITION OF JACK RUBINLICHT, D.P.M., 02/12/10

```
 1   that patient on that day, do you
 2   recall her mentioning anything to you
 3   about Metanx or about her symptoms
 4   being worse or being better?
 5         A.   Not during the -- not
 6   during the visit.  I don't have a
 7   recollection of that whatsoever,
 8   although I'm -- you know, I don't
 9   have a recollection of that, no.
10         Q.   All right.  Do you have any
11   recollection about what procedures or
12   tests or screens you performed on the
13   patient that day, the day of her
14   visit?
15         A.   No, I don't, sir.
16         Q.   But you didn't perform,
17   then, or did you perform any test or
18   screen or analysis to determine that
19   the problem she had said she
20   experienced was caused by this
21   substitute medication?
22              MR. BOURBOIS:  Objection,
23   form.
24              THE WITNESS:  No, I don't
```



James DeCrescenzo Reporting, LLC
215.564.3905           InnovatingLitigation           FAX 215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

```
 1   have a recollection of any of the
 2   events during the visit.
 3   BY MR. GREENE:
 4       Q.   Okay.  So the only
 5   information you have about the
 6   substitute medication causing a
 7   recurrence of your patient's symptoms
 8   is what the patient told you; is that
 9   correct?
10       A.   That is correct.
11       Q.   Okay.  You don't have any
12   medical tests, medical analysis to
13   confirm that?
14            MR. BOURBOIS:  Objection,
15   form.
16            THE WITNESS:  That's also
17   correct.
18   BY MR. GREENE:
19       Q.   Do you have an opinion
20   about whether the generic substitute
21   that your patient was given caused
22   your patient's problem?
23       A.   I really would have
24   absolutely no -- no way of
```

DEPOSITION OF JACK RUBINLICHT, D.P.M., 02/12/10

```
 1   determining that.  I don't know.
 2         Q.    Okay.  You just changed her
 3   prescription or rewrote her
 4   prescription because she made this
 5   complaint?
 6         A.    That is exactly correct.
 7         Q.    Okay.  And do you recall
 8   writing anything in your chart about
 9   this complaint?
10         A.    I don't have a recollection
11   whether or not I -- I wrote anything
12   into the chart, no, I don't.
13         Q.    Okay.  I just want to make
14   sure I'm clear.
15         A.    Yes.
16         Q.    Do you recall having any
17   follow-up visits after this
18   discussion occurred in the common
19   area?  Do you recall that?
20         A.    No, I don't have any
21   recollection of that either, sir.
22         Q.    Okay.  No follow-up visits
23   with this patient, do you recall?
24         A.    If I could identify her in
```



James DeCrescenzo Reporting, LLC
215.564.3905   InnovatingLitigation   FAX 215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JACK RUBINLICHT, D.P.M., 02/12/10

BY MR. GREENE:
    Q.    Okay.
    A.    There are too many factors involved. I would have absolutely no idea.
    Q.    Okay. Do you know of any instances in your practice or in your reading of journals where a patient had been prescribed -- had been taking Metanx regularly but that at some point the Metanx stopped working or symptoms returned?
    A.    Well, I can say to you that I have a recollection of patients that have taken Metanx over a period of time but because of poor compliance and poor diabetic control, the symptoms that they did have some relief with either returned or just got worse.
    Q.    So a patient who's taking Metanx or another medication who does not control their diet or does not do other things they should do to take


James DeCrescenzo Reporting, LLC
215.564.3905    InnovatingLitigation    FAX 215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

```
 1   care of their diabetic condition can
 2   influence the way they feel even
 3   though they're on Metanx?
 4       A.    I would say that
 5   statement's true.
 6       Q.    Okay.  So, for instance, if
 7   a -- if a patient is taking Metanx
 8   and taking it regularly, if that
 9   patient doesn't watch his diet or his
10   sugar intake, he may feel a
11   recurrence of symptoms?
12             MR. BOURBOIS:  Objection,
13   form.
14             THE WITNESS:  I would say
15   that's true as well.
16   BY MR. GREENE:
17       Q.    Okay.  Do you know anything
18   about DL-methylfolate?
19       A.    Are you saying the letter D
20   and then the letter L, methylfolate?
21       Q.    Fine.  We talked about
22   methyl -- L-methylfolate earlier, I
23   think you said?
24       A.    Yes.  I believe that's
```

DEPOSITION OF JACK RUBINLICHT, D.P.M., 02/12/10

```
 1              THE WITNESS:  Yes, that may
 2    be true.
 3    BY MR. GREENE:
 4         Q.    Okay.  So it's -- it could
 5    be the case that a patient may be
 6    experiencing side effects from
 7    Metanx, but you just don't happen to
 8    know that because they haven't told
 9    you?
10              MR. BOURBOIS:  Objection,
11    form.
12    BY MR. GREENE:
13         Q.    Is that correct?
14         A.    Yes.  Yes, that's correct,
15    sir.
16         Q.    Okay.  Would that surprise
17    you if someone was having side
18    effects from Metanx but weren't
19    telling you?
20         A.    Yes.
21         Q.    And the next paragraph,
22    paragraph three, the first sentence
23    says, "Recently I became aware of
24    complaints from a patient."  And
```



James DeCrescenzo Reporting, LLC
215.564.3905          Innovating Litigation          FAX 215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

DEPOSITION OF JACK RUBINLICHT, D.P.M., 02/12/10

```
 1   complaints is plural.  I just want to
 2   confirm that you only know of one
 3   complaint about -- about this
 4   substitute medication?
 5        A.   Well, the complaints that I
 6   know in reference to this patient is,
 7   A, the cost of the medication and, B,
 8   the return of symptomatology.
 9        Q.   Okay.  So --
10        A.   I guess that's complaints.
11        Q.   Okay.  So one complaint is
12   about the cost of Metanx?
13        A.   That's correct.
14        Q.   And the other complaint
15   that this patient made is about the
16   return of symptoms when given a
17   substitute?
18        A.   Yes, that's also correct.
19        Q.   Okay.  And then the next
20   sentence it says, "This patient
21   received what her pharmacist
22   described as a generic equivalent to
23   Metanx."
24             And again, I think we've
```