UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAMLAB, L.L.C., et al.,  ) | CASE NO. 2:09-cv-07434 |
| ) | |
|    Plaintiffs,  ) | SECTION S |
| ) | |
| v.  ) | MAGISTRATE DIVISION 3 |
| ) | |
| BROOKSTONE PHARMACEUTICALS, LLC  ) | |
| ) | |
|    Defendant.  ) | |

**PLAINTIFFS' *EX PARTE* MOTION TO SEAL ITS MOTION AND INCORPORATED MEMORANDUM IN SUPPORT TO REOPEN THE RECORD AND FOR RECONSIDERATION OF ITS APPLICATION FOR PRELIMINARY AND PERMANENT INJUNCTION AND THE DECLARATION OF KATHARYN A. GRANT**

Plaintiffs, Pamlab, L.L.C., and Metabolite Laboratories, Inc. ("Pamlab"), hereby moves that Plaintiffs' Motion and Incorporated Memorandum in Support to Reopen the Record and for Reconsideration of Its Application for Preliminary and Permanent Injunction ("Mot. for Reconsideration") and the Declaration of Katharyn A. Grant and its Exhibits 1 through 19 be filed in the Court's record under seal and in support thereof shows as follows:

    1. On January 19, 2010, the Court entered a Consent Protective Order [Doc. 25] in this matter allowing the parties to designate certain documents as "**Confidential**" and/or "**HIGHLY Confidential – Outside Attorneys' Eyes Only**."

    2. Certain information contained in Plaintiffs' Mot. for Reconsideration and certain exhibits in support thereof have been designated as "Confidential" or "Highly Confidential" by the parties and is tendered to the Court under seal.

    3. This motion seeks to seal Plaintiffs' Mot. for Reconsideration and to the Declaration of Katharyn A. Grant and its Exhibits 1 through 19 in support of Plaintiffs' Mot. for Reconsideration.

90009371.1

- 1 -

- 2 -

## PRAYER

Plaintiffs, Pamlab, L.L.C., and Metabolite Laboratories, Inc. prays that the Court enter the proposed order submitted herewith to seal the documents and the sealed documents be considered in support of its Plaintiffs' Motion and Incorporated Memorandum in Support to Reopen the Record and for Reconsideration of Its Application for Preliminary and Permanent Injunction.

Dated: May 12, 2010

Respectfully submitted,

By:   */s/Katharyn A. Grant*
Saul Perloff (TX # 00795128)
Joseph A. Bourbois (TX # 00790342)
Katharyn Grant (TX # 24050683)
**FULBRIGHT & JAWORSKI L.L.P.**
300 Convent Street, Suite 2200
San Antonio, Texas 78205
Telephone: 210.224.5575
Telecopier: 210.270.7205

Robert S. Rooth, T.A. (# 11454)
Corinne A. Morrison (#9737)
Stephanie W. Cosse (#31677)
**CHAFFE, McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: 504.585.7000
Telecopier: 504.544.6088

**ATTORNEYS FOR PLAINTIFFS PAMLAB, LLC AND METABOLITE, LABORATORIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2010, I electronically filed a copy of the foregoing document with the Clerk of the Court for the Eastern District of Louisiana using the CM/ECF system which will send electronic notification of such filing to the following:

**Counsel for Defendant**:  **By email address at**:

Celeste Creswell  ccreswell@millermartin.com
Christopher Parker  cparker@millermartin.com
Zachary Greene  zgreene@millermartin.com
Juan Joseph Lizarraga  jlizarra@millinglaw.com
James K. Irvin  jirvin@millinglaw.com

**Counsel for Plaintiff-Intervenor:**  **By email address at**:

Charles H. Braud, Jr.  braudc@ag.state.la.us
Isabel Barback Wingerter  wingerteri@ag.state.la.us

I further certify that copies of the documents filed under seal were served in compliance with FED. R. CIV. P. 5(b) on counsel of record and the Court by email on this the 12 day of May, 2010.

I further certify that copies of the documents filed under seal have been deposited with Federal Express for delivery by 10:30 a.m. on May 13, 2010 and properly addressed to the following:

> Hon. Mary Ann Vial Lemmon
> U.S. District Judge (Section S)
> 500 Poydras Street, Room C406
> New Orleans, LA  70130

>  /s/Katharyn A. Grant

90009371.1

- 3 -