UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAMLAB, L.L.C., et al., ) | CIVIL ACTION NO. 2:09-cv-07434 |
| ) | |
| Plaintiffs, ) | SECTION S |
| ) | |
| v. ) | MAGISTRATE DIVISION 3 |
| ) | |
| BROOKSTONE PHARMACEUTICALS, LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT IN FAVOR OF THEIR CLAIMS AGAINST DEFENDANTS**

Pursuant to Fed. R. Civ. P. 56(a) and LR56.1, Plaintiffs Pamlab, L.L.C. and Metabolite Laboratories, Inc. offer this short and concise statement of the material facts as to which the moving parties contend there is no genuine issue to be tried.

1) Plaintiff Pamlab, L.L.C. ("Pamlab) is a limited liability company organized under the laws of Louisiana, with its principal place of business in Covington, St. Tammany Parish, Louisiana.

2) Plaintiff Metabolite Laboratories, Inc. ("Metabolite") is a corporation existing under the laws of the State of Colorado, with its principal place of business at 301 Garfield Street, Unit 2-West, Denver, Colorado 80206.

3) Defendant Brookstone Pharmaceuticals, LLC (now know as Acella Pharmaceuticals, LLC) ("Brookstone") is a limited liability corporation organized under the laws of Georgia and having its principal place of business at 9005 Westside Parkway, Alpharetta, Georgia 30004.

4) Defendant Arizona Nutritional Supplements, Inc. ("Arizona") is a corporation organized under the laws of Arizona and having its principal place of business at 210 S. Beck, Chandler, Arizona 85226.

5) Pamlab markets Metanx® ("METANX") an orally administered prescription medical food for the dietary management of endothelial dysfunction in patients with diabetic peripheral neuropathy.

6) METANX is currently labeled as having L-methylfolate Calcium (as Metafolin®) 3mg; Pyridoxal 5'-phosphate 35mg, and Methylcobalamin 2mg ("current METANX label"). METANX was previously labeled as having L-Methylfolate (as Metafolin®) 2.8 mg, pyridoxal 5'phosphate 25 mg, and methylcobalamin 2 mg ("original METANX label").

7) Brookstone markets Folast, which is labeled as having the same active ingredients in the same amount as the original METANX label.

8) Arizona manufactures Folast for Brookstone.

9) Brookstone markets Neurpath-B, which is labeled as having the same active ingredients in the same amount as the current METANX label.

10) Arizona manufactures Neurpath-B for Brookstone.

11) The active folate ingredient in METANX is Metafolin®, which is purchased under license from Merck & Cie.

12) The active folate ingredient in Folast is trademarked Xolafin. It is purchased from a company in China called Lianyungang Jinkang Pharmaceutical Technology Co., Ltd. ("LJ Pharma").

13) The active folate ingredient in Neurpath-B is Xolafin-B. It is purchased by Brookstone from LJ Pharma.

14) Brookstone provides Xolafin and Xolafin-B to Arizona for inclusion in Folast and Neurpath-B.

15) Folast and Neurpath-B are advertised, offered for sale, and sold throughout the United States, including the State of Louisiana.

16) Brookstone's sales of Folast are made as a result of pharmacist substitutions; that is, pharmacists receive prescriptions written for METANX but dispense Folast in its place to their customers.

17) Brookstone's sales of Neurpath-B are made as a result of pharmacist substitutions; that is, pharmacists receive prescriptions written for METANX but dispense Neurpath-B in its place to their customers.

18) Folast is not therapeutically equivalent to METANX.

19) Neurpath-B is not therapeutically equivalent to METANX.

20) Diastereoisomers are molecules that have the same chemical composition and have the same atoms bonded to other atoms, but differ in the spatial arrangement of the atoms.

21) Diastereoisomers are distinguished from one another through naming conventions that reflect their different properties. One such naming convention uses a "D" in the name of the compound for one diastereoisomer and an "L" in the name of the compound to indicate a different diastereoisomer. Synynonyms for L-methylfolate include (but are not limited to) L-5-MTHF, L-5-MTHF-Ca, L-methylfolate calcium, L-5-methyltetrahydrofolic acid, calcium salt; [6S]-5-methyltetrahydrofolic acid, calcium salt.

22) Mirror-image diastereoisomers may have different properties from one another. In some cases, one diastereoisomer can have a therapeutic effect, while another diastereoisomer is therapeutically ineffective. In some instances, one diastereoisomer may be toxic while the other has beneficial pharmacological properties.

23) L-methylfolate and D-methylfolate are the "left-handed" and "right-handed" diastereoisomers.

24) A combination of diastereoisomers in roughly equal parts is a racemic compound, or racemate.

25) A compound composed of approximately equal parts L-methylfolate and D-methylfolate is a racemate or racemic compound, sometimes called D,L-methylfolate.

26) L-methyfolate is biologically active and is the body's preferred form of folate. D-methylfolate is biologically inactive as a source of nutritional activity.

27) There is concern that D-methylfolate is not inert with respect to its *in vivo* behavior.

28) D-methylfolate has a slower elimination rate from the body than does L-methylfolate, and may accumulate in the body.

29) The presence of the D-methylfolate also may compete with the uptake and activity of L-methylfolate and therefore reduce the body's uptake of bioavailable L-methyfolate.

30) In 1998, General Nutrition Corporation submitted a New Dietary Ingredient Notification ("NDI") for racemic D,L-methylfolate. This NDI was accepted by the FDA.

31) In 2001, Merck KGaA submitted a separate NDI Notification for L-methylfolate ("Merck's NDI for L-methylfolate"). The specifications for Merck's NDI include a requirement that it contain less than 1% D-methylfolate.

32) The FDA accepted Merck's NDI Notification for L-methylfolate, recognizing its unique definition as a distinct ingredient from racemic D,L-methylfolate.

33) In 1998 a panel of experts recommended that L-methylfolate be recognized as "Generally Recognized as Safe," or GRAS, when used in conventional foods and dietary supplements.

34) The Joint FAO/WHO Expert Committee on Food Additives ("JECFA") published a compendium of food additive specifications, addendum 13, (the "JECFA Compendium") that identifies L-methylfolate, referred to by its synonym "Calcium L-5-methyltetrahydrofolate" as a food additive and sets forth a corresponding monograph.

35) The structural formula and chemical name for "Calcium L-5-methyltetrahydrofolate" set forth in the JECFA Compendium is that of the nutritionally active diastereoisomer, L-methylfolate.

36) The specifications for L-methylfolate in the JECFA Compendium states that not more than 1% of D-methylfolate may be present in the dietary ingredient termed "Calcium L-5-methyltetrahydrofolate."

37) The Chemistry Abstract Service (CAS), a branch of the American Chemical Society, assigned racemic D,L-methylfolate the CAS Registry Number 26560-38-3. The CAS assigned L-methylfolate the CAS Registry Number 151533-22-1.

38) Neither Xolafin or Xolafin-B are the subject of any Compendial monograph or NDI. Neither Xolafin or Xolafin-B have been considered by a GRAS expert panel.

39) The folate ingredient used in METANX is L-methylfolate and does not have more than 1% of the D-isomer.

40) The folate ingredient used in METANX complies with the JECFA Compendium's Monograph for L-methylfolate.

41) The folate ingredient in METANX meets the specifications in Merck's NDI for L-methylfolate.

42) METANX is manufactured by Red River Pharma, a subsidiary of Pamlab.

43)     Red River Pharma tests each batch of METANX to confirm its conformance with release specifications, which include the potency of its active ingredients, the dissolution of the finished product, its content uniformity, various physical specifications, and microbial analyses.

44)     METANX is a mature product whose life cycle exceeds its labeled shelf life.  Red River Pharma monitors the continued stability of METANX by repetitively testing its active ingredient content.  Red River Pharma does this for one batch per year per package configuration, in accordance with current good manufacturing practices (cGMP).

45)     Xolafin is racemic D,L-methylfolate.

46)     The Exclusive Supply Agreement between Brookstone and LJ Pharma identifies the product trademarked Xolafin as "amorphous racemic 5-methyltetrahydrofolate, calcium salt."

47)     LJ Pharma offered to sell Brookstone a purified L-methylfolate product instead of a racemic D,L-methylfolate, but Brookstone chose to purchase the racemic for Folast.

48)     LJ Pharma Certificates of Analysis state that the folate ingredient in Folast is a racemic compound with approximately equal amounts of L-methylfolate and D-methylfolate.

49)     Brookstone and Arizona formulate Folast with the racemic D,L-methylfolate in more than double the labeled amount of L-methylfolate.

50)     Brookstone tested samples of Folast and METANX to determine the content of pryidoxal-5'-phosphate, and concluded that Folast had 24 mg of pryidoxal-5'-phosphate, while METANX had 44 mg of pryidoxal-5'-phosphate.

51)     Xolafin-B is a custom blend of no more than 90% L-methylfolate and no less than 5% D-methylfolate.  Brookstone contractually requires LJ Pharma to include at least 5% D-methylfolate in Xolafin-B.  Certificates of Analysis from LJ Pharma state that the blended

methyfolate product trademarked Xolafin-B commonly has 7% or more D-methylfolate. Xolafin-B has never had only 1% or less D-methylfolate.

52) Testing by BioScreen Testing Services, Inc., Merck, and Red River Pharma confirm that Neurpath-B's folate ingredient is a blend of approximatley 7% D-methylfolate with the L-isomer.

53) Neither Xolafin or Xolafin-B meet the JECFA Compendial specifications for L-methylfolate.

54) Neither Xolafin or Xolafin-B meet the specifications for L-methylfolate set forth in Merck's NDI for L-methylfolate.

55) Brookstone advertises both Folast and Neurpath-B as having a 24 month shelf life.

56) The 24 month shelf life advertised by Brookstone for Folast and Neurpath-B was not based on stability testing or empirical data.

57) Brookstone does not test Folast or Neurpath-B for stability.

58) Arizona does not test Folast or Neurpath-B for stability.

59) Arizona requested Brookstone either to pay Arizona to test Neurpath-B for stability, or to provide data supporting the 24 month shelf life claim. Brookstone did neither.

60) Neither Brookstone or Arizona test Neurpath-B as a finished product to determine its content or uniformity.

61) The labeled content of Neurpath-B is not based on testing of finished products, but is based on the amount of pre-processing raw ingredients.

62) The L-methylfolate active ingredient in METANX is a crystalline form. The methylfolate blend in Xolafin-B is an amorphous form. The crystalline form is more stable than the amorphous form.

63) Arizona was informed by ABC Testing, Inc. that the amorphous folate ingredient sold by LJ Pharma and provided by Brookstone was "highly unstable."

64) LJ Pharma offered to sell Brookstone its methylfolate ingredient in the more stable crystalline form, but Brookstone refused, and instead purchased the amorphous form.

65) Testing results by Red River Pharma, Merck, and BioScreen Testing Services, Inc. of Neurpath-B samples indicate that Neurpath-B is not a stable product and that the amounts of L-methyfolate in Neurpath-B samples tested were insufficient to support Brookstone's 24 month shelf-life claim.

66) Pamlab does not hold an interest in BioScreen Testing Services, Inc.

67) Pamlab purchased 1.4 kg of L-5-Methyltetrahydrofolate Calcium from LJ Pharma, and used this raw ingredient to create a non-marketed batch of what would have been METANX if the LJ Pharma ingredient had been Metafolin®.

68) Red River Pharma is an FDA-registered and inspected facility, and is cGMP compliant.

69) Red River Pharma manufactures METNAX under the cGMP applicable to drugs.

70) Arizona does not manufacture Folast or Neurpateh under the cGMP applicable to drugs.

71) LJ Pharma is not GMP certified by the Chinese government.

72) Under Chinese law, drug products cannot be sold for human consumption in China if they are not manufactured in a GMP certified facility. A medical food product would be considered a "drug" for purposes of this requirement.

- 9 -

Dated: Oct. 5, 2010                     Respectfully submitted,

**By:**   *s/Saul Perloff*
   Saul Perloff (TX # 00795128)
   Joseph A. Bourbois (TX # 00790342)
   Katharyn Grant (TX # 24050683)
   **FULBRIGHT & JAWORSKI L.L.P.**
   300 Convent Street, Suite 2200
   San Antonio, Texas 78205
   Telephone: 210.224.5575

   Robert L. Rouder (TX # 24037400)
   **FULBRIGHT & JAWORSKI L.L.P.**
   600 Congress Avenue, Suite 2400
   Austin, Texas 78701
   Telephone: 512.474.5201

   Robert S. Rooth, T.A. (# 11454)
   Corinne A. Morrison (#9737)
   Stephanie W. Cosse (#31677)
   **CHAFFE, McCALL, L.L.P.**
   2300 Energy Centre
   1100 Poydras Street
   New Orleans, LA 70163-2300
   Telephone: 504.585.7000

   **ATTORNEYS FOR PLAINTIFFS
   PAMLAB, LLC AND METABOLITE,
   LABORATORIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2010, I electronically filed a copy of the foregoing document with the Clerk of the Court for the Eastern District of Louisiana using the CM/ECF system which will send electronic notification of such filing to the following:

**Counsel for Defendants**:

Celeste Creswell
Christopher Parker
Zachary Greene
Brian Jackson
T. Harold Pinkley
Kyle W. Eiselstein
Juan Joseph Lizarraga
James K. Irvin

**By email address at**:

ccreswell@millermartin.com
cparker@millermartin.com
zgreene@millermartin.com
bjackson@millermartin.com
hpinkley@millermartin.com
keiselstein@millermartin.com
jlizarra@millinglaw.com
jirvin@millinglaw.com

**Counsel for Plaintiff-Intervenor:**

Charles H. Braud, Jr.
Isabel Barback Wingerter

**By email address at**:

braudc@ag.state.la.us
wingerteri@ag.state.la.us

*s/Saul Perloff*

**Saul Perloff**
**ATTORNEYS FOR PLAINTIFFS**